**Ex parte Leroy GARDNER.**

**No. 41412.**

Court of Criminal Appeals of Texas.

June 19, 1968.

Rehearing Denied July 24, 1968.

Roy Y. Martin, Tom Cowden, Austin, for relator.

Wallace T. Barber, Dist. Atty., San Marcos, and Leon B. Douglas, State's Atty., Austin, for the State.

OPINION

BELCHER, Judge.

This is an application for writ of habeas corpus under Art. 11.07 Vernon's Ann.C.C.P., brought by relator seeking his release from the Texas Department of Corrections. The relator contends that he is illegally confined on the ground that the order cumulating the sentences by virtue of which he is confined is insufficient.

This is a companion case to Ex parte Bazemore, 430 S.W.2d 205 No. 41,411, this day decided.

The sole ground of error presented by the appellant is the same as that considered by this court in denying the petition for writ

of habeas corpus in Ex parte Bazemore, supra.

For the reasons heretofore stated, the petition for writ of habeas corpus is denied.

## DISSENTING OPINION

ONION, Judge.

For the same reasons set forth in my dissenting opinion in Ex parte Bazemore, Tex.Cr.App., 430 S.W.2d 205 (No. 41,411) this day decided, I respectfully dissent in this cause.

MORRISON, J., joins in this dissent.